# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| TROY VARNADO, | No. CV 14-2323-ODW (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| JOHN SOTO, Warden, | |
| Respondent. | |

Pursuant to the order accepting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition is denied and dismissed with prejudice.

DATED: August 27, 2014

HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE